Alan E. Wisotsky (SBN 68051)
Dirk DeGenna (SBN 188972)
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel:  (805) 278-0920
Fax:  (805) 278-0289
E-mail:  ddegenna@wps-law.net

JS-6

Attorneys for Defendants OXNARD POLICE DEPARTMENT, CITY OF OXNARD, FORMER CHIEF JOHN CROMBACH, OFFICER JAMES LANGFORD, and OFFICER JOHN SUNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MORILLON CHAVEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OXNARD POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. CV11-8930 PA (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

Having received the Stipulation of Dismissal between plaintiff Miguel Morillon Chavez and defendants Oxnard Police Department, City Of Oxnard, Former Chief John Crombach, Officer James Langford and Officer John Sunia filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Court HEREBY DISMISSES WITH PREJUDICE THE ABOVE-CAPTIONED MATTER.

**IT IS SO ORDERED.**

Dated: August 9, 2012

_____
PERCY ANDERSON
United States District Judge

1